No. 00–665. MONTEMAYOR, COMMISSIONER, TEXAS DEPARTMENT OF INSURANCE, ET AL. *v.* CORPORATE HEALTH INSURANCE ET AL. C. A. 5th Cir. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 00–6233. WHITEHEAD *v.* CLINTON, PRESIDENT OF THE UNITED STATES, ET AL. C. A. D. C. Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante,* p. 976] denied.

No. 00–6299. YOUNGBEAR *v.* PLAYBOY ENTERPRISES, INC., ET AL. C. A. 8th Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante,* p. 1006] denied.

No. 00–6311. AWOFOLU *v.* LOS ANGELES COUNTY METROPOLITAN TRANSPORTATION AUTHORITY ET AL. C. A. 9th Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante,* p. 1006] denied.

No. 00–6831. FISH *v.* GAINESVILLE CITY SCHOOL DISTRICT ET AL. C. A. 11th Cir.;

No. 00–6887. VALDEZ ET UX. *v.* PROPERTY RESERVE, INC., ET AL. Sup. Ct. Haw.;

No. 00–7111. RUSSELL *v.* UNITED STATES. C. A. 11th Cir.;

No. 00–7136. THOMAS *v.* CALDERA, SECRETARY OF THE ARMY. C. A. 8th Cir.; and

No. 00–7326. HUNT *v.* UNITED STATES. C. A. 9th Cir. Motions of petitioners for leave to proceed *in forma pauperis* denied. Petitioners are allowed until January 29, 2001, within which to pay the docketing fees required by Rule 38(a) and to submit petitions in compliance with Rule 33.1 of the Rules of this Court.

No. 00–7594. IN RE BUCKNER. Motion of petitioner to expedite consideration of petition for writ of mandamus denied.

No. 00–7208. IN RE QUEZADA;

No. 00–7330. IN RE BRUZON ET AL.;

No. 00–7334. IN RE WILLIAMS;

No. 00–7335. IN RE WILLIAMS;

No. 00–7409. IN RE HINOJOSA; and

No. 00–7411. IN RE HOLSTON. Petitions for writs of habeas corpus denied.